ALANA W. ROBINSON
Acting United States Attorney
JOSEPH P. PRICE, JR.
Assistant U.S. Attorney
Cal. State Bar No. 131689
BRIAN J. HUDAK
Special Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7642
Facsimile: (619) 546-7751/ (202)-252-2549
Email:Joseph.Price@usdoj.gov/Brian.Hudak@usdoj.gov

CHAD A. READLER
Acting Assistant Attorney General
MICHAEL D. GRANSTON
SARA MCLEAN
SAMUEL J. BUFFONE
CHRISTOPHER R. B. REIMER
JOHN W. BLACK
BRUCE D. BERNSTEIN
Attorneys, Civil Fraud Section
U.S. Department of Justice
601 D Street NW, Room 9219
Washington, DC 20004
(202) 616-2945
Samuel.J.Buffone@usdoj.gov

Attorneys for Plaintiff
United States of America, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. KEVIN G. DOUGHERTY,<br><br>         Plaintiffs,<br>     v.<br><br>GUILD MORTGAGE COMPANY,<br><br>         Defendant. | Case No.: 16CV2909-JAH (BLM)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as co-counsel for the United States in the above captioned case, and should be listed as co-counsel for the United States for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case. I certify that I am authorized to practice under CivLR 83.3.c.3. 4.

| | |
|---|---|
| DATED: April 4, 2017 | Respectfully submitted, |
| ALANA W. ROBINSON<br>Acting United States Attorney | CHAD A. READLER<br>Acting Assistant Attorney General |
| | By: /*S*/<u>Christopher R. B. Reimer</u> |
| JOSEPH P. PRICE, JR.<br>Assistant U.S. Attorney<br>Cal. State Bar No. 131689<br>BRIAN P. HUDAK<br>Special Assistant U.S. Attorney<br>Office of the U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893<br>Telephone: (619) 546-7642<br>Facsimile: (619) 546-7751/ (202)-252-2549 | MICHAEL D. GRANSTON<br>SARA MCLEAN<br>SAMUEL J. BUFFONE<br>Cal. State Bar No. 280896<br>CHRISTOPHER R.B. REIMER<br>JOHN W. BLACK<br>BRUCE D. BERNSTEIN<br>Attorneys, Civil Fraud Section<br>U.S. Department of Justice<br>601 D Street NW, Room 9219 |
| Email: Joseph.Price@usdoj.gov,<br>Brian.Hudak@usdoj.gov | Washington, DC 20004<br>(202) 616-2945<br>Samuel.j.Buffone@usdoj.gov |

*Attorneys for the United States of America*