**WEINER BRODSKY KIDER PC**
Mitchel H. Kider, No. 116479
David M. Souders (*Pro hac vice*)
Jason W. McElroy (*Pro hac vice*)
Michael S. Trabon (*Pro hac vice*)
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Tel:   (202) 628-2000
Fax:   (202) 628-2011
Email: kider@thewbkfirm.com, souders@thewbkfirm.com
         mcelroy@thewbkfirm.com, trabon@thewbkfirm.com

**INCORVAIA & ASSOCIATES**
Joel L. Incorvaia, No. 90616
G. Ehrich Lenz, No. 163960
445 Marine View Ave., Suite 295
Del Mar, California 92014-3926
Tel:   (858) 259-2220
Fax:   (858) 259-3131
Email:  joel@incorlaw.com, ehrich@incorlaw.com

*Attorneys for Defendant Guild Mortgage Company*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KEVIN G. DOUGHERTY,<br><br>Plaintiffs,<br><br>vs.<br><br>GUILD MORTGAGE COMPANY,<br><br>Defendant. | Case No. 3:16-cv-2909<br><br>**DEFENDANT GUILD MORTGAGE COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS THE GOVERNMENT'S COMPLAINT-IN-INTERVENTION**<br><br>**Date:**<br>**Time:**<br>**Courtroom: 13B**<br>**Judge:  Hon. John A. Houston** |

1    Guild Mortgage Company ("Guild") respectfully submits this Notice of
2    Supplemental Authority in Support of its Motion to Dismiss the Government's
3    Complaint-in-Intervention (Dkt. No. 33).  In recent weeks, two U.S. district court
4    opinions supporting Guild's interpretation of *United States ex rel. Kelly v. Serco,*
5    *Inc.*, 846 F.3d 325 (9th Cir. 2017), were published.

6    In *United States ex rel. Mateski v. Raytheon Co.,* No. 2017 U.S. Dist. LEXIS
7    93901 (C.D. Cal. Feb. 10, 2017) (Exhibit A), the U.S. District Court for the
8    Central District of California concluded that the "most reasonable reading of *Kelly*
9    is that mere claims for payment no longer suffice under an implied certification
10   theory; instead, the claims must contain 'specific representations about [the
11   defendant's] performance.'" *Id.* at *15 (quoting *Kelly*, 846 F.3d at 332) (alteration
12   in original).

13   Similarly, in *United States v. Lang*, No. 7:16-CV-305-BO, 2017 U.S. Dist.
14   LEXIS 60893 (E.D.N.C. Apr. 21, 2017) (Exhibit B), the U.S. District Court for the
15   Eastern District of North Carolina construed the *Kelly* court as having held that
16   "FCA liability is unavailable without evidence that [the] actual claim submitted []
17   contained false or inaccurate statements[.]" *Id.* at *9.

18   Guild respectfully submits the foregoing opinions in support of its argument
19   that, to state an implied certification claim, the Government must identify specific
20   representations on the claim for payment that are false or otherwise half-true. *See*
21   Dkt. No. 82 at *5-6.

**NOTICE OF SUPPLEMENTAL AUTHORITY ISO
DEFENDANT'S MOTION TO DISMISS**
Case No. 16-cv-2909 (JAH)(BLM)

Dated: June 28, 2017

Respectfully submitted,   **WEINER BRODSKY KIDER PC**

/s/ Jason W. McElroy
Mitchel H. Kider, No. 116479
David M. Souders, (*Pro hac vice*)
Jason W. McElroy, (*Pro hac vice*)
Michael S. Trabon, (*Pro hac vice*)
1300 19th Street NW, Fifth Floor
Washington, DC 20036
Tel: (202) 628-2000
Fax: (202) 628-2011
Email: kider@thewbkfirm.com
   souders@thewbkfirm.com
   mcelroy@thewbkfirm.com
   trabon@thewbkfirm.com


**INCORVAIA & ASSOCIATES**
Joel L. Incorvaia, #90616
G. Ehrich Lenz, #163960
445 Marine View Ave., Suite 295
Del Mar, California 92014-3926
Tel: (858) 259-2220
Email: joel@incorlaw.com
   ehrich@incorlaw.com

*Counsel for Defendant Guild Mortgage Company*

**NOTICE OF SUPPLEMENTAL AUTHORITY ISO DEFENDANT'S MOTION TO DISMISS**
Case No. 16-cv-2909 (JAH)(BLM)

3

## **CERTIFICATE OF SERVICE**

I certify that, on this 28th day of June, 2017, I caused one copy of the foregoing Defendant's Notice of Supplemental Authority to be served on all parties and counsel of record via the Court's CM/ECF system:

/s/ Jason W. McElroy
Jason W. McElroy
