Adam L. Braverman
United States Attorney
JOSEPH P. PRICE, JR.
Assistant U.S. Attorney
Cal. State Bar No. 131689
BRIAN P. HUDAK
Special Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7642
Facsimile: (619) 546-7751/ (202)-252-2549
Email: Joseph.Price@usdoj.gov, Brian.Hudak@usdoj.gov

CHAD A. READLER
Acting Assistant Attorney General
MICHAEL D. GRANSTON
SARA MCLEAN
SAMUEL J. BUFFONE
CHRISTOPHER R.B. REIMER
JOHN W. BLACK
BRUCE D. BERNSTEIN
Attorneys, Civil Fraud Section
U.S. Department of Justice
601 D Street NW, Room 9219
Washington, DC 20004
(202) 616-2945
Samuel.J.Buffone@usdoj.gov

*Attorneys for the United States of America*

**KILPATRICK TOWNSEND & STOCKTON LLP**
ERWIN L. CENA (CA State Bar No. 272960)
12730 High Bluff Drive, Suite 400
San Diego, CA 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
Email: ecena@kilpatricktownsend.com

**LONDON & MEAD**
MARK LONDON (Pro Hac Vice)
CHRISTOPHER B. MEAD (Pro Hac Vice)
D. BRADLEY CLEMENTS (Pro Hac Vice)
LANCE ROBINSON (Pro Hac Vice)
1225 19th Street, NW
Suite 320
Washington, D.C. 20036
Tel:   (202)331-3334
Fax:  (202)785-4280
Email: shark@londonandmead.com
           cmead@londonandmead.com
           bclements@londonandmead.com
           lrobinson@londonandmead.com

*Attorneys for Relator, Kevin G. Dougherty*

**WEINER BRODSKY KIDER PC**
Mitchel H. Kider, #116479
David M. Souders (Pro hac vice)
Jason W. McElroy (Pro hac vice)
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Tel: (202) 628-2000
Fax: (202) 628-2011
Email: kider@thewbkfirm.com, souders@thewbkfirm.com
mcelroy@thewbkfirm.com

**INCORVAIA & ASSOCIATES**
Joel L. Incorvaia, #90616
G. Ehrich Lenz, #163960
1947 Camino Vida Roble, Suite 230
Carlsbad, California 92008-6540
Tel: (858) 259-2220
Fax: (858) 259-3131
Email: joel@incorlaw.com, ehrich@incorlaw.com

*Attorneys for Defendant Guild Mortgage Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KEVIN G. DOUGHERTY,<br><br>Plaintiff,<br><br>v.<br><br>GUILD MORTGAGE COMPANY,<br><br>Defendant. | Case No.: 16CV2909-JAH (BLM)<br><br>**JOINT NOTICE CONCERNING THE NINTH CIRCUIT'S DECISION IN UNITED STATES EX REL. ROSE V. STEPHENS INST.**<br><br>Date:<br>Time:<br>Courtroom: 13B<br>Judge: Hon. John A. Houston |

Pursuant to the Court's Order Staying Proceedings Pending Ninth Circuit Ruling (ECF No. 91), Plaintiff the United States of America ("United States" or "Government"), Relator Kevin Dougherty ("Relator"), and Defendant Guild Mortgage Company ("Guild"), by and through their undersigned counsel, respectfully notify the Court that the Ninth

Circuit recently issued its decision in *United States ex rel. Rose v. Stephens Inst.* on August 24, 2018. No. 17-15111, 2018 U.S. App. LEXIS 23977 (9th Cir. Aug. 24, 2018) (copy attached hereto).

In light of the Ninth Circuit's decision, the parties respectfully request permission to propose a schedule for additional proceedings in this matter, including briefing and/or motions addressing *Rose* in connection with Guild's pending motions to dismiss (ECF Nos. 33-34) the Government's Complaint in Intervention (ECF No. 20) and Relator's Third Amended Complaint (ECF No. 27).[1] The parties request that they be allowed one week, or until September 11, 2018, to file their proposed schedule. A proposed order will be sent electronically to the Court.

\*   \*   \*

---

[1] The Government intervened in this action on February 18, 2016, and shortly thereafter filed its Complaint (ECF No. 20), which contains the substantive False Claims Act and common law claims in this matter. Relator Kevin G. Dougherty ("Relator") thereafter filed a separate complaint, his Third Amended Complaint (ECF No. 27), which remains operative as to Relator's False Claims Act retaliation claims.

| | |
|---|---|
| 1  ALANA W. ROBINSON<br>   Acting United States Attorney<br>2  JOSEPH P. PRICE, JR.<br>   Assistant U.S. Attorney<br>3  Cal. State Bar No. 131689<br>   BRIAN P. HUDAK<br>   Special Assistant U.S. Attorney<br>4  Office of the U.S. Attorney<br>   880 Front Street, Room 6293<br>5  San Diego, CA 92101-8893<br>   Telephone: (619) 546-7642<br>6  Facsimile: (619) 546-7751/ (202)-252-2549<br>   Email:Joseph.Price@usdoj.gov,<br>7            Brian.Hudak@usdoj.gov<br><br>   CHAD A. READLER<br>8  Acting Assistant Attorney General<br><br>   By: ___/s/ Samuel J. Buffone_____<br>9<br>   MICHAEL D. GRANSTON<br>10 SARA MCLEAN<br>   SAMUEL J. BUFFONE<br>11 Cal. State Bar No. 280896<br>   CHRISTOPHER R.B. REIMER<br>12 JOHN W. BLACK<br>   BRUCE D. BERNSTEIN<br>13 Attorneys, Civil Fraud Section<br>   U.S. Department of Justice<br>14 601 D Street NW, Room 9219<br>   Washington, DC 20004<br>15 (202) 616-2945<br>   Samuel.J.Buffone@usdoj.gov<br><br>   *Attorneys for the United States of America*<br><br>   **LONDON & MEAD**<br><br>   MARK LONDON (Pro Hac Vice)<br>   CHRISTOPHER B. MEAD (Pro Hac Vice)<br>   D. BRADLEY CLEMENTS (Pro Hac Vice)<br>   LANCE ROBINSON (Pro Hac Vice)<br>   1225 19th Street, NW<br>   Suite 320<br>   Washington, D.C. 20036<br>   Tel:  (202)331-3334<br>   Fax:  (202)785-4280<br>   Email: shark@londonandmead.com<br>          cmead@londonandmead.com<br>          bclements@londonandmead.com | lrobinson@londonandmead.com<br><br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br><br>By: __/s/ Erwin L. Cena_____<br><br>ERWIN L. CENA (CA State Bar No. 272960)<br>12730 High Bluff Drive, Suite 400<br>San Diego, CA 92130<br>Telephone: (858) 350-6100<br>Facsimile:  (858) 350-6111<br>Email:ecena@kilpatricktownsend.com<br><br>*Attorneys for Relator Kevin G. Dougherty*<br><br><br>**WEINER BRODSKY KIDER PC**<br><br>By:__/s/ Jason W. McElroy____<br><br>Mitchel H. Kider, #116479<br>David M. Souders (Pro hac vice)<br>Jason W. McElroy (Pro hac vice)<br>1300 19th Street, NW Fifth Floor<br>Washington, DC 20036<br>Tel: (202) 628-2000<br>Fax: (202) 628-2011<br>Email:kider@thewbkfirm.com<br>       souders@thewbkfirm.com<br>       mcelroy@thewbkfirm.com<br><br>**INCORVAIA & ASSOCIATES**<br><br>Joel L. Incorvaia, #90616<br>G. Ehrich Lenz, #163960<br>1947 Camino Vida Roble, Suite 230<br>Carlsbad, California 92008-6540<br>Tel: (858) 259-2220<br>Fax: (858) 259-3131<br>Email:joel@incorlaw.com<br>       ehrich@incorlaw.com<br><br><br>*Attorneys for Defendant Guild Mortgage Company* |

## **CERTIFICATE OF SERVICE**

I certify that, on this 4th day of September, 2018, I caused one copy of the foregoing Joint Notice to be served on all parties and counsel of record via the Court's CM/ECF system.

/s/ *Jason W. McElroy*
Jason W. McElroy