1  ADAM L. BRAVERMAN
   United States Attorney
2  JOSEPH P. PRICE, JR.
   Assistant U.S. Attorney
   Cal. State Bar No. 131689
3  BRIAN P. HUDAK
   Special Assistant U.S. Attorney
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
   Telephone: (619) 546-7642 / (202) 252-2549
5  Facsimile: (619) 546-7751
   Email: Joseph.Price@usdoj.gov, Brian.Hudak@usdoj.gov
6
   JOSEPH H. HUNT
   Acting Assistant Attorney General
7  MICHAEL D. GRANSTON
   SARA MCLEAN
   SAMUEL J. BUFFONE
8  CHRISTOPHER R.B. REIMER
   JOHN W. BLACK
9  BRUCE D. BERNSTEIN
   Attorneys, Civil Fraud Section
   U.S. Department of Justice
10 601 D Street NW, Room 9219
   Washington, DC 20004
   (202) 616-2945
11 Samuel.J.Buffone@usdoj.gov

12 *Attorneys for the United States of America*

13 **KILPATRICK TOWNSEND & STOCKTON LLP**
   ERWIN L. CENA (CA State Bar No. 272960)
   12730 High Bluff Drive, Suite 400
   San Diego, CA 92130
14 Telephone: (858) 350-6100
   Facsimile:  (858) 350-6111
15 Email: ecena@kilpatricktownsend.com

16 **LONDON & MEAD**
   MARK LONDON (Pro Hac Vice)
   CHRISTOPHER B. MEAD (Pro Hac Vice)
   D. BRADLEY CLEMENTS (Pro Hac Vice)
17 LANCE ROBINSON (Pro Hac Vice)
   1225 19th Street, NW
18 Suite 320
   Washington, D.C. 20036
   Tel:   (202)331-3334
19 Fax:   (202)785-4280
   Email: shark@londonandmead.com
          cmead@londonandmead.com
20        bclements@londonandmead.com
          lrobinson@londonandmead.com

21

   *Attorneys for Relator, Kevin G. Dougherty*
22

**WEINER BRODSKY KIDER PC**
Mitchel H. Kider, #116479
David M. Souders (Pro hac vice)
Jason W. McElroy (Pro hac vice)
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Tel: (202) 628-2000
Fax: (202) 628-2011
Email: kider@thewbkfirm.com, souders@thewbkfirm.com
         mcelroy@thewbkfirm.com

**INCORVAIA & ASSOCIATES**
Joel L. Incorvaia, #90616
G. Ehrich Lenz, #163960
1947 Camino Vida Roble, Suite 230
Carlsbad, California 92008-6540
Tel: (858) 259-2220
Fax: (858) 259-3131
Email: joel@incorlaw.com, ehrich@incorlaw.com

*Attorneys for Defendant Guild Mortgage Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KEVIN G. DOUGHERTY,<br><br>Plaintiff,<br><br>v.<br><br>GUILD MORTGAGE COMPANY,<br><br>Defendant. | Case No.: 16CV2909-JAH (BLM)<br><br>**JOINT PROPOSED BRIEFING SCHEDULE**<br><br>Date:<br>Time:<br>Courtroom: 13B<br>Judge: Hon. John A. Houston |

On September 4, 2018, this Court issued an Order Requesting Submission of a Proposed Briefing Schedule ("Order"), in light of the Ninth Circuit's opinion in *United States v. Stephens Inst.*, No. 17-15111, 2018 WL 4038194 (9th Cir. Aug. 24, 2018). *See* Dkt. 95. Pursuant to the Order, Plaintiff the United States of America ("United States"), Relator Kevin Dougherty ("Relator"), and Defendant Guild Mortgage Company ("Guild"),

- 2 -

16-cv-2909 JAH(BLM)

by and through their undersigned counsel, respectfully submit the proposed briefing schedule below, and state as follows:

The United States is currently considering whether to seek leave to amend the Complaint-in-Intervention in light of the *Rose* opinion, and other recent precedents. Accordingly, the proposal below provides time for the United States to conclude whether it will seek amendment, and sets forth an additional proposed briefing schedule should the United States do so.

**PROPOSED BRIEFING SCHEDULE**

1. The United States shall have until October 1, 2018 to inform the parties and the Court whether it will seek leave to amend the Complaint-in-Intervention (Dkt. 20). If the United States concludes it will not seek amendment, the parties shall file supplemental briefs on the *Rose* decision, and any other relevant decisions bearing on Guild's Motion to Dismiss, by October 16, 2018. Briefs will be no longer than five pages.

2. If the United States concludes it will seek leave to amend, the parties will not submit briefing on the *Rose* decision. Instead, the United States will file its motion to amend the Complaint-in-Intervention no later than October 16, 2018. The motion will include a copy of the proposed amended complaint. The United States will meet and confer with the parties before filing the motion to amend.

3. If Guild opposes the United States' proposed amendment, Guild will file its opposition by November 6, 2018. The United States will reply by November 20, 2018.

1      4.    If Guild does not oppose the proposed amendment, it will file its response to
2 the amended complaint by November 20, 2018.  The United States' opposition to any
3 motion by Guild would be filed no later than December 21, 2018.  Guild's reply would be
4 filed no later than January 18, 2019.

***

| | | |
|---|---|---|
| 1 | ADAM L. BRAVERMAN<br>United States Attorney | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| 2 | JOSEPH P. PRICE, JR.<br>Assistant U.S. Attorney<br>Cal. State Bar No. 131689 | By: __/s/ Erwin L. Cena_____ |
| 3 | BRIAN P. HUDAK<br>Special Assistant U.S. Attorney<br>Office of the U.S. Attorney | ERWIN L. CENA (CA State Bar No. 272960)<br>12730 High Bluff Drive, Suite 400 |
| 4 | 880 Front Street, Room 6293<br>San Diego, CA 92101-8893 | San Diego, CA 92130<br>Telephone: (858) 350-6100 |
| 5 | Telephone: (619) 546-7642<br>          (202) 252-2549 | Facsimile:  (858) 350-6111<br>Email:ecena@kilpatricktownsend.com |
| 6 | Facsimile: (619) 546-7751<br>Email:Joseph.Price@usdoj.gov,<br>      Brian.Hudak@usdoj.gov | *Attorneys for Relator Kevin G. Dougherty* |
| 7 | JOSEPH H. HUNT<br>Assistant Attorney General | |
| 8 | By: ___/s/ Samuel J. Buffone_____ | **WEINER BRODSKY KIDER PC** |
| 9 | MICHAEL D. GRANSTON<br>SARA MCLEAN | By:   /s/ Jason W. McElroy      |
| 10 | SAMUEL J. BUFFONE<br>Cal. State Bar No. 280896<br>CHRISTOPHER R.B. REIMER | Mitchel H. Kider, #116479<br>David M. Souders (Pro hac vice) |
| 11 | JOHN W. BLACK<br>BRUCE D. BERNSTEIN | Jason W. McElroy (Pro hac vice)<br>1300 19th Street, NW Fifth Floor |
| 12 | Attorneys, Civil Fraud Section<br>U.S. Department of Justice<br>601 D Street NW, Room 9219 | Washington, DC 20036<br>Tel: (202) 628-2000<br>Fax: (202) 628-2011 |
| 13 | Washington, DC 20004<br>(202) 616-2945<br>Samuel.J.Buffone@usdoj.gov | Email:kider@thewbkfirm.com<br>      souders@thewbkfirm.com<br>      mcelroy@thewbkfirm.com |
| 14 | | **INCORVAIA & ASSOCIATES** |
| 15 | *Attorneys for the United States of America* | Joel L. Incorvaia, #90616<br>G. Ehrich Lenz, #163960 |
| 16 | **LONDON & MEAD**<br>MARK LONDON (Pro Hac Vice) | 1947 Camino Vida Roble, Suite 230<br>Carlsbad, California 92008-6540 |
| 17 | CHRISTOPHER B. MEAD (Pro Hac Vice)<br>D. BRADLEY CLEMENTS (Pro Hac Vice) | Tel: (858) 259-2220<br>Fax: (858) 259-3131<br>Email:joel@incorlaw.com |
| 18 | LANCE ROBINSON (Pro Hac Vice)<br>1225 19th Street, NW | ehrich@incorlaw.com |
| 19 | Suite 320<br>Washington, D.C. 20036<br>Tel:  (202)331-3334 | *Attorneys for Defendant Guild Mortgage Company* |
| 20 | Fax:  (202)785-4280<br>Email: shark@londonandmead.com | |
| 21 |       cmead@londonandmead.com<br>      bclements@londonandmead.com<br>      lrobinson@londonandmead.com | |
| 22 | | |

## CERTIFICATE OF SERVICE

I certify that, on this 11th day of September, 2018, I caused one copy of the foregoing Joint Proposed Briefing Schedule to be served on all parties and counsel of record via the Court's CM/ECF system.

/s/ *Jason W. McElroy*
Jason W. McElroy