| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | ERWIN L. CENA (CA State Bar No. 272960) |
|   | 12255 El Camino Real, Suite 250 |
| 3 | San Diego, CA 92130 |
| 4 | Telephone: (858) 350-6100 |
|   | Facsimile:  (858) 350-6111 |
| 5 | Email: ecena@kilpatricktownsend.com |
| 6 | LONDON & MEAD |
| 7 | MARK LONDON (*Pro Hac Vice*) |
|   | CHRISTOPHER B. MEAD (*Pro Hac Vice* pending) |
| 8 | D. BRADLEY CLEMENTS (*Pro Hac Vice*) |
| 9 | LANCE ROBINSON (*Pro Hac Vice*) |
|   | 1225 19th Street, NW |
| 10 | Suite 320 |
| 11 | Washington, D.C. 20036 |
|    | Tel:   (202)331-3334 |
| 12 | Fax:   (202)785-4280 |
| 13 | Email: shark@londonandmead.com |
|    |          cmead@londonandmead.com |
| 14 |          bclements@londonandmead.com |
| 15 |          lrobinson@londonandmead.com |
| 16 | Attorneys for Plaintiff KEVIN G. DOUGHERTY |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. KEVIN G. DOUGHERTY, et al., | CASE NO. 3:16-cv-02909-JAH-BLM |
| Plaintiffs, | NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR PLAINTIFF KEVIN G. DOUGHERTY |
| v. | |
| GUILD MORTGAGE COMPANY, | Hon. John A. Houston |
| Defendants. | |

PLEASE TAKE NOTICE that effective immediately, the San Diego office of Kilpatrick Townsend & Stockton LLP has relocated to 12255 El Camino Real, Suite 250, San Diego, CA 92130.  The telephone number and email address for the undersigned attorney will remain the same.

Dated: September 18, 2018

                                      Respectfully submitted,

                                      KILPATRICK TOWNSEND & STOCKTON LLP

                                      /s/ *Erwin L. Cena*
                                      Erwin L. Cena

                                      Attorneys for Plaintiff, Kevin G. Dougherty

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 18, 2018 on all counsel of record, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*/s/ Erwin L. Cena*
Erwin L. Cena