ADAM L. BRAVERMAN
United States Attorney
JOSEPH P. PRICE, JR.
Assistant United States Attorney
Cal. State Bar No. 131689
BRIAN P. HUDAK
Special Assistant United States Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7642 / (202) 252-2549
Facsimile: (619) 546-7751
Email: Joseph.Price@usdoj.gov, Brian.Hudak@usdoj.gov

JOSEPH H. HUNT
Assistant Attorney General
MICHAEL D. GRANSTON
SARA MCLEAN
SAMUEL J. BUFFONE
CHRISTOPHER R.B. REIMER
JOHN W. BLACK
BRUCE D. BERNSTEIN
Attorneys, Civil Fraud Section
U.S. Department of Justice
601 D Street NW, Room 9219
Washington, DC 20004
(202) 616-2945
Samuel.J.Buffone@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KEVIN G. DOUGHERTY,<br><br>Plaintiff,<br><br>v.<br><br>GUILD MORTGAGE COMPANY,<br><br>Defendant. | Civ. A. No. 16-2909-JAH (BLM)<br><br>**NOTICE REGARDING INTENT TO SEEK LEAVE TO AMEND COMPLAINT** |

By and through its undersigned counsel, and pursuant to the Court's Order Setting Briefing Schedule of September 20, 2018 (R.98), Plaintiff the United States of America ("United States" or "Government") respectfully submits this notice to apprise the Court of whether it intends to seek leave to amend its Complaint in Intervention in this matter at this time.

The United States hereby provides notice that it will seek leave to amend its Complaint in Intervention. Pursuant to the Court's Order Setting Briefing Schedule, the United States will file its motion for leave to amend on or before October 16, 2018, and will meet and confer with the parties before filing that motion to learn each party's position on the United States' proposed amendment.

\* \* \*

Civ. A. No. 16-2909-JAH (BLM)

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ADAM L. BRAVERMAN
United States Attorney

By:    */s/ Brian P. Hudak*
    BRIAN P. HUDAK
    Special Assistant United States Attorney
    555 Fourth Street, NW
    Washington, DC 20530
    (202) 252-2549

    JOSEPH P. PRICE, JR.
    Assistant United States Attorney
    880 Front Street, Room 6293
    San Diego, CA 92101-8893
    (619) 546-7642

MICHAEL D. GRANSTON
SARA MCLEAN
SAMUEL J. BUFFONE
CHRISTOPHER R. B. REIMER
JOHN W. BLACK
BRUCE D. BERNSTEIN
Attorneys, Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
(202) 616-2945

*Attorneys for the United States of America*

Dated: October 1, 2018

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of October 2018, I caused a true and correct copy of the foregoing to be served on all counsel of record through the Court's CM/ECF system.

                                       */s/ Brian P. Hudak*
                                       BRIAN P. HUDAK
                                       Special Assistant United States Attorney
                                       555 Fourth Street, NW
                                       Washington, DC 20530
                                       (202) 252-2549