ROBERT S. BREWER, JR.
United States Attorney
JOSEPH P. PRICE, JR.
Assistant U.S. Attorney
Cal. State Bar No. 131689
BRIAN P. HUDAK
Special Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7642
Facsimile: (619) 546-7751/(202)-252-2549
Email: Joseph.Price@usdoj.gov, Brian.Hudak@usdoj.gov

JOSEPH H. HUNT
Assistant Attorney General
MICHAEL D. GRANSTON
SARA MCLEAN
SAMUEL J. BUFFONE
CHRISTOPHER R.B. REIMER
JOHN W. BLACK
BRUCE D. BERNSTEIN
Attorneys, Civil Fraud Section
U.S. Department of Justice
601 D Street NW, Room 9219
Washington, DC 20004
(202) 616-2945
Samuel.J.Buffone@usdoj.gov

*Attorneys for the United States of America*

**KILPATRICK TOWNSEND & STOCKTON LLP**
ERWIN L. CENA (CA State Bar No. 272960)
12255 El Camino Real, Suite 250
San Diego, CA 92130
Telephone: (858) 350-6100
Facsimile:  (858) 350-6111
Email: ecena@kilpatricktownsend.com

**LONDON & MEAD**
MARK LONDON (Pro Hac Vice)
CHRISTOPHER B. MEAD (Pro Hac Vice)
D. BRADLEY CLEMENTS (Pro Hac Vice)
LANCE ROBINSON (Pro Hac Vice)
1225 19th Street, NW
Suite 320
Washington, D.C. 20036
Tel:   (202)331-3334
Fax:   (202)785-4280
Email: shark@londonandmead.com
       cmead@londonandmead.com
       bclements@londonandmead.com
       lrobinson@londonandmead.com

*Attorneys for Relator, Kevin G. Dougherty*

**WEINER BRODSKY KIDER PC**
Mitchel H. Kider, #116479
David M. Souders (Pro hac vice)
Jason W. McElroy (Pro hac vice)
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Tel: (202) 628-2000
Fax: (202) 628-2011
Email: kider@thewbkfirm.com, souders@thewbkfirm.com
        mcelroy@thewbkfirm.com

**INCORVAIA & ASSOCIATES**
Joel L. Incorvaia, #90616
3183 Brookside Lane
Encinitas, CA 92024
Tel:  (858) 259-2220
Fax:  (858) 259-3131
Email: joel@incorlaw.com

*Attorneys for Defendant Guild Mortgage Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KEVIN G. DOUGHERTY,<br><br>Plaintiff,<br><br>v.<br><br>GUILD MORTGAGE COMPANY,<br><br>Defendant. | Case No.: 16CV2909-JAH (BLM)<br><br>**JOINT MOTION TO POSTPONE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE**<br><br>Date:<br>Time:<br>Courtroom: 13B<br>Judge: Hon. John A. Houston |

On April 18, 2019, this Court issued an Order for Early Neutral Evaluation and Case Management Conference (Dkt. No. 115).  Plaintiff the United States of America ("United States"), Relator Kevin Dougherty ("Relator"), and Defendant Guild Mortgage Company ("Guild"), by and through their undersigned counsel, respectfully request the Court to postpone the early neutral evaluation and case management conference until after the Court

- 2 -

16-cv-2909 JAH(BLM)

issues its ruling on Guild's Motion to Dismiss the Government's Amended Complaint-in-Intervention.

The Government filed its Amended Complaint-in-Intervention on March 4, 2019 (Dkt. No. 107). Guild timely filed its Motion to Dismiss the Amended Complaint-in-Intervention on March 22, 2019 (Dkt. No. 110). The Government filed its Opposition on April 12, 2019 (Dkt. No. 113), and Guild filed its reply brief on April 24, 2018 (Dkt. No. 116). A hearing on this motion is currently set for July 8, 2019, at 2:30pm.

On March 29, 2019, the Court issued its Order on Guild's Motion to Dismiss Relator's Third Amended Complaint, denying that motion (Dkt. No. 112). Guild timely filed its Answer and Affirmative Defenses to Relator's Third Amended Complaint on April 15, 2019 (Dkt. No. 114). On April 18, 2019, Magistrate Judge Major issued an order for all parties to engage in an Early Neutral Evaluation and a Case Management Conference on May 29, 2019 (Dkt. No. 115)

Because Guild's Motion to Dismiss the Amended Complaint-in-Intervention is still pending decision by this Court, the parties request that the Early Neutral Evaluation and Case Management Conference be postponed until a date after Guild's Motion has been decided. This will save time and resources for the parties and the Court, as there are outstanding dispositive matters that could materially affect the scope of discovery and the prosecution and defense of this case.

//

| | | |
|---|---|---|
| 1 | Respectfully submitted, | bclements@londonandmead.com<br>lrobinson@londonandmead.com |
| 2 | ROBERT S. BREWER, JR.<br>United States Attorney | |
| 3 | JOSEPH P. PRICE, JR.<br>Assistant U.S. Attorney<br>Cal. State Bar No. 131689 | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| 4 | BRIAN P. HUDAK<br>Special Assistant U.S. Attorney | ERWIN L. CENA (CA State Bar No. 272960) |
| 5 | Office of the U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893 | 12255 El Camino Real, Suire 250<br>San Diego, CA 92130<br>Telephone: (858) 350-6100 |
| 6 | Telephone: (619) 546-7642<br>Facsimile: (619) 546-7751/ (202)-252-2549 | Facsimile:  (858) 350-6111<br>Email:ecena@kilpatricktownsend.com |
| 7 | Email:Joseph.Price@usdoj.gov,<br>        Brian.Hudak@usdoj.gov | *Attorneys for Relator Kevin G. Dougherty* |
| 8 | JOSEPH H. HUNT<br>Assistant Attorney General | |
| 9 | By:   /s/ Samuel J. Buffone_____ | **WEINER BRODSKY KIDER PC**<br><br>By:   /s/ Jason W. McElroy |
| 10 | MICHAEL D. GRANSTON<br>SARA MCLEAN | Mitchel H. Kider, #116479 |
| 11 | SAMUEL J. BUFFONE<br>Cal. State Bar No. 280896<br>CHRISTOPHER R.B. REIMER | David M. Souders (Pro hac vice)<br>Jason W. McElroy (Pro hac vice)<br>1300 19th Street, NW Fifth Floor |
| 12 | JOHN W. BLACK<br>BRUCE D. BERNSTEIN | Washington, DC 20036<br>Tel: (202) 628-2000 |
| 13 | Attorneys, Civil Fraud Section<br>U.S. Department of Justice<br>601 D Street NW, Room 9219 | Fax: (202) 628-2011<br>kider@thewbkfirm.com<br>souders@thewbkfirm.com |
| 14 | Washington, DC 20004<br>(202) 616-2945<br>Samuel.J.Buffone@usdoj.gov | mcelroy@thewbkfirm.com<br><br>**INCORVAIA & ASSOCIATES** |
| 15 | *Attorneys for the United States* | Joel L. Incorvaia, #90616<br>3183 Brookside Lane |
| 16 | **LONDON & MEAD** | Encinitas, CA 92024<br>Tel:   (858) 259-2220 |
| 17 | By:   /s/ Lance Robinson_____<br>MARK LONDON (Pro Hac Vice) | Fax:  (858) 259-3131<br>Email:joel@incorlaw.com |
| 18 | CHRISTOPHER B. MEAD (Pro Hac Vice)<br>D. BRADLEY CLEMENTS (Pro Hac Vice) | *Attorneys for Defendant Guild Mortgage Company* |
| 19 | LANCE ROBINSON (Pro Hac Vice)<br>1225 19th Street, NW | |
| 20 | Suite 320<br>Washington, D.C. 20036<br>Tel:   (202)331-3334 | Dated: May 3, 2019 |
| 21 | Fax:   (202)785-4280<br>Email: shark@londonandmead.com<br>         cmead@londonandmead.com | |
| 22 | | |

**CERTIFICATION OF JOINT FILING**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all signatory counsel, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated:  May 3, 2019                          /s/ *Jason W. McElroy*
                                                                                     Jason W. McElroy

**CERTIFICATE OF SERVICE**

I certify that, on this 3 day of May, 2019, I caused one copy of the foregoing JOINT MOTION TO POSTPONE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE to be served on all parties and counsel of record via the Court's CM/ECF system.

/s/ *Jason W. McElroy*
Jason W. McElroy

- 2 -

16-cv-2909 JAH(BLM)