UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN G. DOUGHERTY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GUILD MORTGAGE COMPANY,<br><br>　　　　　　　　　　　Defendant,<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Intervenor. | Case No.  16cv2909-JAH (BLM)<br><br>**ORDER VACATING HEARING DATE AND TAKING MOTION UNDER SUBMISSION** |

　　　After careful review of the parties' submissions, the Court deems Defendant Guild Mortgage Company's ("Defendant") Motion to Dismiss (Doc. No. 110) suitable for adjudication without oral argument. See CivLR 7.1 (d.1).

//

//

//

//

1

Accordingly, **IT IS HEREBY ORDERED** that Defendant's motion is taken under submission without oral argument, and the hearing date set for July 8, 2019, at 2:30 p.m., before this Court, is **VACATED**.

    **IT IS SO ORDERED**.

DATED: May 8, 2019

_____
JOHN A. HOUSTON
United States District Judge