UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KEVIN G. DOUGHERTY,<br><br>Plaintiff,<br><br>v.<br><br>GUILD MORTGAGE COMPANY,<br><br>Defendant. | Case No. 16cv2909-JAH (WVG)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Upon consideration of the parties' Joint Motion to Set a Briefing Schedule for Plaintiff United States' Motion to Strike Answer or Motion for Judgment on the Pleadings, (doc. nos. 133, 138), **IT IS HEREBY ORDERED**:

1. The Parties' Joint Motion to Set a Briefing Schedule is **GRANTED**;
2. Defendant Guild Mortgage Company shall file its opposition to the United States' Motion to Strike by **December 19, 2019**; and
3. The United States shall file its reply in further support of its Motion to Strike no later than **January 10, 2020.**

**IT IS SO ORDERED.**

DATED: December 9, 2019

_____
JOHN A. HOUSTON
United States District Judge

1