# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KEVIN G. DOUGHERTY,<br><br>  Plaintiff,<br><br>v.<br><br>GUILD MORTGAGE COMPANY,<br><br>  Defendant. | Case No.: 16cv2909-JAH (BLM)<br><br>**ORDER VACATING HEARING** |

After a careful review of the parties' submissions, the Court deems Plaintiff's Motion to Strike or Motion for Judgment on the Pleadings, (doc. no. 133), suitable for adjudication without oral argument. See CivLR 7.1 (d.1). The motion is fully briefed. Doc. Nos. 140, 141. Accordingly, IT IS HEREBY ORDERED the motion is taken under submission without oral argument and the hearing set for February 10, 2020, at 2:30 p.m. is **VACATED**. The Court will issue an order in due course.

**IT IS SO ORDERED.**

DATED: February 3, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE