UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. KEVIN G. DOUGHERTY,<br><br>Plaintiff,<br><br>v.<br><br>GUILD MORTGAGE COMPANY,<br><br>Defendant | Case No.: 16cv2909-JAH(BLM)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On May 6, 2020, counsel for Plaintiff, Mr. Lance Alan Robinson, Mr. Brian P. Hudak, and Mr. Christopher R. B. Reimer, and counsel for Defendant, Mr. Jason W. McElroy and Mr. Timothy Patrick Ofak, contacted the Court regarding a discovery dispute. In regard to the dispute on the requests for production of documents and the interrogatories, the Court sets the following briefing schedule:

1. Defendant must file its motion on or before **May 15, 2020**.

2. Plaintiff shall file its opposition on or before **May 29, 2020**.

3. Defendant must file any reply on or before **June 5, 2020**.

Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearances will be required.

**IT IS SO ORDERED**.

Dated: 5/6/2020

Hon. Barbara L. Major
United States Magistrate Judge