UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. KEVIN G. DOUGHERTY,<br><br>                                Plaintiff,<br>v.<br>GUILD MORTGAGE COMPANY,<br><br>                                Defendant. | Case Nos.:  16cv2909-JAH(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY PERIOD AND RELATED DEADLINES**<br><br>**[ECF No. 153]** |

On August 28, 2020, the parties filed a Joint Motion to Extend Discovery Period and Related Deadlines. ECF No. 153. The parties seek to continue discovery deadlines by four months. Id. at 3. In support of their motion, the parties state that their "request is sought largely due to restrictions arising from the COVID-19 pandemic and the effects of those restrictions on the parties' abilities to adhere to the discovery schedule[.]" Id. In further support of their motion, the parties state that Defendant recently completed its production of responsive loan files and that the parties expect that they will be able to substantially complete all productions of Custodial Electronically Stored Information, data in data systems, and their remaining Rule 33 and 34 discovery by the close of fact discovery which is currently scheduled for December 2, 2020. Id. at 4-8. The parties state that "despite their diligent efforts, COVID-19 has hampered and delayed the parties' abilities to complete document discovery" and that "the parties do not yet have the documents necessary to take fact depositions." Id. at 8.

Additionally, the parties state that "[w]hile the United States' experts are diligently reviewing the loan files produced by Guild, because of the delays in Guild's loan file productions caused by COVID-19, they are behind where the United States anticipated they would be at this point in time." Id.  Finally, the parties state that because the depositions in this case will likely occur using remote video-teleconferencing, this will create "an additional logistical hurdle" due to the fact that Guild's deponents reside in California whereas the primary counsel for Guild and the majority of attorneys representing the United States are located in Washington, DC, which is on a three-hour time difference.  Id. at 9.

Accordingly, good cause appearing, the Court **GRANTS** the parties' motion and sets the following dates:

| Deadline | Current Date | New Date |
| --- | --- | --- |
| Fact Discovery Completion | December 2, 2020 | April 2, 2021 |
| Rule 26(a)(2)(A) and (B) Disclosures | January 15, 2021 | May 14, 2021 |
| Rule 26(a)(2)(D) Supp. Disclosures | February 26, 2021 | June 25, 2021 |
| Expert Discovery Completion | April 9, 2021 | August 9, 2021 |
| Pretrial Motions Filing Deadline | May 7, 2021 | September 10, 2021 |
| Confidential Settlement Statements | March 29, 2021 | August 2, 2021 |
| Mandatory Settlement Conference | April 12, 2021 at 9:30 a.m. | August 11, 2021 at 9:30 a.m. |
| Pretrial Disclosures | August 2, 2021 | December 3, 2021 |
| L.R. 16.1(f)(4) Meeting of Counsel | August 9, 2021 | December 10, 2021 |
| Plaintiff's Proposed Pretrial Order due to Defendants | August 16, 2021 | December 17, 2021 |
| Proposed Final Pretrial Conference Order | August 23, 2021 | December 30, 2021 |

| Deadline | Current Date | New Date |
|---|---|---|
| Final Pretrial Conference | August 30, 2021 at 2:30 p.m. | January 10, 2022 at 2:30 p.m. |

All other guidelines and requirements remain as previously set.  <u>See</u> ECF No. 137.

**IT IS SO ORDERED.**

Dated:  8/31/2020

Hon. Barbara L. Major
United States Magistrate Judge