ROBERT S. BREWER, JR.
United States Attorney
JOSEPH P. PRICE, JR.
Assistant United States Attorney
Cal. State Bar No. 131689
BRIAN P. HUDAK
Special Assistant United States Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone:   (619) 546-7642
Telephone:   (202) 252-2549
Facsimile:    (619) 546-7751
Email: Joseph.Price@usdoj.gov
Email: Brian.Hudak@usdoj.gov

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JAMIE A. YAVELBERG
SARA MCLEAN
Cal. State Bar No. 280896
CHRISTOPHER R.B. REIMER
Attorneys, Civil Fraud Section
U.S. Department of Justice
175 N Street NE
Washington, DC 20002
Telephone: (202) 305-3829
Email: Christopher.R.Reimer@usdoj.gov


Attorneys for Plaintiff
United States of America, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KEVIN G. DOUGHERTY,<br><br>                              Plaintiffs,<br>         v.<br><br>GUILD MORTGAGE COMPANY,<br><br>                              Defendant. | Case No.: 16CV2909-JAH (BLM)<br><br>**NOTICE OF SETTLEMENT** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Currently pending before the Court is the United States' motion to strike or for judgment on certain affirmative defenses pled by Defendant Guild Mortgage Company ("Guild") in its answer (ECF No. 125) ("Answer") to the amended complaint in intervention (ECF No. 107) ("Amended Complaint") pursuant to Federal Rules of Civil Procedure ("Rules") 12(f) and 12(c) (ECF No. 135).  The United States hereby files this notice that, pursuant to the terms of a settlement agreement reached among the parties, it is anticipated that a joint motion for dismissal will be filed with Court within the following fourteen days.

Dated:        October 22, 2020        Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

/s/ *Joseph P. Price, Jr.*
JOSEPH P. Price, Jr.
Assistant United States Attorney
Attorneys for United States of America

Case No. 16cv2909 (JAH/BLM)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of October 2020, I caused a true and correct copy of the foregoing to be served on all counsel of record through the Court's CM/ECF system.

ROBERT S. BREWER, JR.
United States Attorney

/s/ *Joseph P. Price, Jr.*
JOSEPH P. Price, Jr.
Assistant United States Attorney
Attorneys for United States of America