ROBERT S. BREWER, JR.
United States Attorney
JOSEPH P. PRICE, JR.
Assistant United States Attorney
Cal. State Bar No. 131689
BRIAN P. HUDAK
Special Assistant United States Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7642
         (202) 252-2549
Facsimile:  (619) 546-7751
Email: Joseph.Price@usdoj.gov,
       Brian.Hudak@usdoj.gov

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JAMIE ANN YAVELBERG
SARA MCLEAN
KELLY E. PHIPPS
Attorneys, Civil Fraud Section
U.S. Department of Justice
175 N Street, NE, Room 9.1817
Washington, DC 20002
Telephone: (202) 353-1284
Email: Kelly.E.Phipps@usdoj.gov

*Attorneys for the United States of America*

KILPATRICK TOWNSEND & STOCKTON LLP
JAMES J. MAUNE (CA State Bar No. 293923)
12255 El Camino Real, Suite 250
San Diego, CA 92130
Telephone: (858) 350-6100
Facsimile:  (858) 350-6111
Email: jmaune@kilpatricktownsend.com

LONDON & MEAD
MARK LONDON (Pro Hac Vice)
CHRISTOPHER B. MEAD (Pro Hac Vice)
D. BRADLEY CLEMENTS (Pro Hac Vice)
LANCE ROBINSON (Pro Hac Vice)
1225 19th Street, NW, Suite 320
Washington, D.C. 20036
Tel:  (202)331-3334
Fax:  (202)785-4280
Email: shark@londonandmead.com
       cmead@londonandmead.com
       bclements@londonandmead.com
       lrobinson@londonandmead.com

*Attorneys for Relator Kevin G. Dougherty*

WEINER BRODSKY KIDER PC
Mitchel H. Kider, #116479
David M. Souders (pro hac vice)
Jason W. McElroy (pro hac vice)
Timothy P. Ofak (pro hac vice)
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Tel: (202) 628-2000
Fax: (202) 628-2011
Email: kider@thewbkfirm.com, souders@thewbkfirm.com
         mcelroy@thewbkfirm.com, ofak@thewbkfirm.com

INCORVAIA & ASSOCIATES
Joel L. Incorvaia, #90616
3183 Brookside Lane
Encinitas, California 92024
Tel: (858) 259-2220
Fax: (858) 759-0787
Email: joel@incorlaw.com

*Attorneys for Defendant Guild Mortgage Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KEVIN G. DOUGHERTY,<br><br>Plaintiff,<br><br>v.<br><br>GUILD MORTGAGE COMPANY,<br><br>Defendant. | Case No. 16cv2909-JAH (BLM)<br><br>**JOINT MOTION FOR PARTIAL DISMISSAL** |

By and through their undersigned counsel, and pursuant to the terms of the Settlement Agreement between Plaintiff the United States of America ("United States"), Relator Kevin G. Dougherty ("Relator"), and Defendant Guild Mortgage Company effective October 20, 2020 ("Settlement Agreement").

- 2 -
Case No. 16cv2909 (JAH/BLM)

1. The United States dismisses with prejudice the claims set forth in the United States' First Amended Complaint in Intervention (ECF No. 107).

2. Relator consents to the dismissal with prejudice of the claims set forth in the United States' First Amended Complaint in Intervention (ECF No. 107).

3. Relator does not dismiss his claims for alleged unlawful retaliation in violation of 31 U.S.C. § 3730(h), or Relator's claim for reasonable expenses, attorney fees, and costs sought pursuant to 31 U.S.C. § 3730(d)(1) set forth in Relator's Third Amended Complaint (ECF No. 27). Relator's retaliation claim and Relator's claim for reasonable expenses, fees, and costs remain pending in this action.

A proposed order will be provided in accordance with the Court's rules.

//

- 3 -
Case No. 16cv2909 (JAH/BLM)

| | |
|---|---|
| ROBERT S. BREWER, JR.<br>United States Attorney<br><br>By:   /s/ Brian P. Hudak<br>   BRIAN P. HUDAK<br>   Special Assistant U.S. Attorney<br>   JOSEPH P. PRICE, JR.<br>   Assistant U.S. Attorney<br>   Cal. State Bar No. 131689<br>   Office of the U.S. Attorney<br>   880 Front Street, Room 6293<br>   San Diego, CA 92101-8893<br>   Telephone: (619) 546-7642<br>         (202) 252-2549<br>   Facsimile: (619) 546-7751<br>   Email:Joseph.Price@usdoj.gov,<br>         Brian.Hudak@usdoj.gov<br><br>JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br>JAMIE ANN YAVELBERG<br>SARA MCLEAN<br>KELLY E. PHIPPS<br>Attorneys, Civil Fraud Section<br>U.S. Department of Justice<br>175 N Street, NE, Room 9.1817<br>Washington, DC 20002<br>Telephone: (202) 353-1284<br>Email: Kelly.E.Phipps@usdoj.gov<br><br>*Attorneys for Plaintiff the United States of America*<br><br>LONDON & MEAD<br><br>By:   /s/ Lance Robinson<br><br>Mark London (Pro Hac Vice)<br>Christopher B. Mead (Pro Hac Vice)<br>D. Bradley Clements (Pro Hac Vice)<br>Lance Robinson (Pro Hac Vice)<br>1225 19th Street, NW, Suite 320<br>Washington, D.C. 20036<br>Tel:   (202)331-3334<br>Fax:   (202)785-4280<br>Email: shark@londonandmead.com<br>      cmead@londonandmead.com<br>      bclements@londonandmead.com<br>      lrobinson@londonandmead.com | KILPATRICK TOWNSEND & STOCKTON LLP<br><br>JAMES J. MAUNE (CA State Bar No. 293923)<br>12255 El Camino Real, Suite 250<br>San Diego, CA 92130<br>Telephone: (858) 350-6100<br>Facsimile:  (858) 350-6111<br>Email: jmaune@kilpatricktownsend.com<br><br>*Attorneys for Relator Kevin G. Dougherty*<br><br>WEINER BRODSKY KIDER PC<br><br>By:    /s/ Jason W. McElroy<br><br>Mitchel H. Kider, #116479<br>David M. Souders (Pro hac vice)<br>Jason W. McElroy (Pro hac vice)<br>Timothy P. Ofak (Pro hac vice)<br>1300 19th Street, NW Fifth Floor<br>Washington, DC 20036<br>Tel: (202) 628-2000<br>Fax: (202) 628-2011<br>Email: kider@thewbkfirm.com<br>      souders@thewbkfirm.com<br>      mcelroy@thewbkfirm.com<br>      ofak@thewbkfirm.com<br><br>INCORVAIA & ASSOCIATES<br><br>Joel L. Incorvaia, #90616<br>3183 Brookside Lane<br>Encinitas, California 92024<br>Tel: (858) 259-2220<br>Fax: (858) 759-0787<br>Email:joel@incorlaw.com<br><br>*Attorneys for Defendant Guild Mortgage Company*<br><br><br>Dated: December 2, 2020 |

## **CERTIFICATE OF SERVICE AND JOINT FILING**

I HEREBY CERTIFY that on this 2nd day of December 2020, I caused a true and correct copy of the foregoing to be served on all counsel of record through the Court's CM/ECF system.

Also, pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all above-referenced counsel and that I have obtained authorization from each counsel to affix their signatures to this document.

*/s/ Jason W. McElroy*
Jason W. McElroy